IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ASCENTECH PTY LTD AS TRUSTEE FOR THE SMITH FAMILY TRUST, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:19-cv-100 (LMB/IDD) |
| ASCORA GMBH, | ) ) ) | |
| Defendant. | ) | |

## ORDER

In its Response [Dkt. No. 26] to the Order of October 23, 2019, the United States Patent and Trademark Office ("USPTO") requests two changes be considered to the parties' proposed Revised Final Consent Judgment. Accordingly, it is hereby

ORDERED that by December 27, 2019, the parties file any objections or replies to that Response.

The Clerk is directed to forward a copy of this Order to counsel of record and AUSA R. Trent McCotter.

Entered this 5 day of December, 2019.

Alexandria, Virginia

/s/ 
Leonie M. Brinkema
United States District Judge