# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| Ascentech Pty Ltd as Trustee for The Smith Family Trust | )<br>)<br>) |
| Plaintiff, | )<br>) Civil Action No.:<br>) 1:19-cv-00100-LMB-IDD |
| v. | )<br>) |
| Ascora GmbH | )<br>) |
| Defendant. | ) |

## THE PARTIES' JOINT RESPONSE TO THE
## COURT'S ORDER OF DECEMBER 5, 2019

In the Court's Order of December 5, 2019 [Dkt. No. 27], the Court allowed the parties until December 27, 2019 to file any objections or replies to the Response [Dkt. No. 26] of the United States Patent and Trademark Office ("USPTO") to the Court's Order of October 23, 2019 [Dkt. No. 22].

In its Response, the USPTO suggested two changes to the Revised Final Consent Judgment. The parties hereby jointly confirm that they consent to the changes in the Revised Final Consent Judgment as proposed by the USPTO.

1

By: /s/ H. Jay Spiegel
    H. Jay Spiegel (VA Bar 20647)
    H. Jay Spiegel & Associates
    P.O. Box 11
    Mount Vernon, VA 22121
    P: (703) 619-0101
    F. (703) 619-0110 – Fax
    Email: jayspiegel@aol.com

*Counsel for Ascentech Pty Ltd as Trustee for The Smith Family*

By: /s/ Jordan S. Weinstein
    Jordan S. Weinstein (VA Bar 36754)
    BARNES & THORNBURG LLP
    1717 Pennsylvania Avenue N.W.
    Suite 500
    Washington, D.C. 20006
    P:202-289-1313
    F:202-289-1330
    E-mail: jordan.weinstein@btlaw.com
           dbondurant@btlaw.com
           compulaw@btlaw.com

*Counsel for Ascora GmbH*

Dated: December 9, 2019